# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTA B. FISCHER, : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil No. 5:19-cv-04924-JMG |
| : | |
| FEDERAL EXPRESS CORPORATION, *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 23rd day of December, 2020, upon consideration of Plaintiffs' Motion for Conditional Certification and Court-Sanction Notice (ECF No. 24), Defendants' Response in Opposition to Plaintiffs' Motion (ECF No. 30), and any responses thereto, it is hereby **ORDERED** that:

1. For the reasons set forth in the accompanying Memorandum, Plaintiffs' Motion is **GRANTED in part**;

2. Pursuant to 29 U.S.C. § 216(b), the Court conditionally certifies the following collective: all individuals employed by FedEx Express in Pennsylvania as a Security Specialist II, Security Specialist III, or Senior Security Specialist within the past three years who allegedly did not receive proper overtime compensation for hours worked over 40 per workweek;

3. No later than thirty **(30)** days from the date of entry of this Order, the Parties shall meet and confer as to the form, content, and delivery method for the proposed Notice and Consent Form to be sent to potential opt-in plaintiffs;

4. No later than thirty **(30)** days from the date of entry of this Order, the Parties shall submit their proposed Notice and Consent Form to the Court for consideration. If the

Parties cannot reach an agreement on the final version of the Form, they shall submit their proposed language to the Court and the Court will determine which Form is appropriate, subject to possible modifications. Once the Court approves the Notice and Consent Form, Plaintiffs are authorized to issue notice to all members of the conditionally certified collective action in accordance with court-authorized delivery methods.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge