# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTA B. FISCHER,<br>Individually and On Behalf of Other<br>Similarly Situated Employees<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORP.,<br><br>　　　　　Defendant. | Civil No. 5:19-cv-04924-JMG |

## NOTICE OF JOINT PROPOSED NOTICE AND NOTICE PLAN

PLEASE TAKE NOTICE pursuant to the Court's December 23, 2020 Order, ECF No. 52, the Parties met and conferred and hereby submit the attached jointly proposed FLSA Notice, Notice Reminder, and Notice Plan.

Date: June 9, 2023

Respectfully submitted,

**NICHOLS KASTER, PLLP**

By:/s/ *Rachhana T. Srey*
Rachhana T. Srey*
MN Bar No. 340133
4700 IDS Center
80 S. 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
srey@nka.com

*Admitted pro hac vice*

Scott M. Pollins, Esquire (PA Id No. 76334)
Pollins Law
303 W. Lancaster Avenue, Suite 1C
Wayne, PA 19087
Phone: 610-896-9909

**FEDERAL EXPRESS CORP.**

By: */s/Frederick L. Douglas*
Frederick L. Douglas*
Brandon Pettes*
3620 Hacks Cross Road
Bldg. B, 3rd Floor
Memphis, TN 38125-8800
TEL: (412) 859-5945
FAX: (412) 859-5450
Frederick.douglas@fedex.com
Brandon.pettes@fedex.com

*Admitted pro hac vice*

*Attorneys for Defendant*

1

Fax: 610-896-9910
*scott@pollinslaw.com*

*Attorneys for Plaintiff and
the FLSA Collective and
Putative Rule 23 Class*