# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTA B. FISCHER,
*Individually and On Behalf of Other Similarly Situated Employees*
        Plaintiff,

        v.

FEDERAL EXPRESS CORP.,
        Defendant.

## **NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN**

TO: Any individual who works or worked for Defendant Federal Express Corporation ("FedEx") in the State of Pennsylvania as a Security Specialist II, Security Specialist III or Senior Security Specialist (collectively, "Security Specialists") at any time from October 22, 2016, to the present.

RE:    Right to Join a Lawsuit Filed on Behalf of Current and Former FedEx Security Specialists

### **What Is This Lawsuit About?**

- On October 22, 2019, a class and collective action was filed against FedEx on behalf of the named Plaintiff Christa Fischer and all other "similarly situated" individuals who worked for FedEx in the State of Pennsylvania as a Security Specialist II, Security Specialist III or Senior Security Specialist. Ms. Fischer alleges that she and other "similarly situated" Security Specialists were misclassified as salaried exempt employees and are owed overtime compensation under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*
- "Similarly situated" refers to Security Specialists, who worked for FedEx in the State of Pennsylvania and who did not receive proper overtime compensation for hours worked over 40 per workweek.
- FedEx denies that it violated the FLSA and asserts that Security Specialists were properly classified as salaried, exempt employees and were properly paid.

### **Why Did I Get This Notice?**

- You received a copy of this notice because FedEx's records indicate that you work or worked for FedEx in the State of Pennsylvania as a Security Specialist II, Security Specialist III, or Senior Security Specialist at some point between October 16, 2016, to the present.

### **How Do I Join?**

1

To be included in this lawsuit, you must return an Opt-In Consent Form. You may do so by mailing, emailing, or faxing the enclosed Opt-in Consent Form to Plaintiff's Counsel:

**Nichols Kaster, PLLP**
**Attn.: Rachhana T. Srey**
**4700 IDS Center, 80 South Eighth Street**
**Minneapolis, Minnesota 55402**
**Toll-Free Telephone: (877) 448-0492 (no faxes to this number)**
**Fax: (612) 338-4878**
**Email: consents@nka.com**
**Electronic Submission: https://bit.ly/XXXX**

The Opt-In Consent Form must be postmarked (if mailed) or electronically dated (if emailed, faxed or signed electronically) on or before [45 days from date of mailing] for you to participate.

**What Happens If I Join?**

- If you exercise your right to join this lawsuit, you may either choose to be represented by Plaintiff's counsel, Pollins Law, Nichols Kaster, PLLP, and the Law Offices of Peter T. Nicholl, or hire your own attorney. If you choose to be represented by Plaintiff's counsel, you authorize Plaintiff's Counsel to make decisions regarding the course of this lawsuit and any settlement discussions in connection with this lawsuit.
- If you join this lawsuit, you will be bound by any ruling or judgment by the Court, whether the ruling/judgment is favorable or unfavorable.
- While the lawsuit is pending, you may be required to provide information or otherwise participate in the case (e.g., appear for deposition).
- Plaintiff's counsel has taken this case on a contingency fee basis. If you choose to be represented by Plaintiff's counsel, they will only be paid if there is a monetary recovery through a settlement, judgment, or award in your favor. You will not have to pay any costs or attorneys' fees out of your own pocket. The details will be fully outlined in a separate fee agreement with the attorneys. The Court will ultimately determine the reasonableness of any fees awarded to the attorneys.
- The law prohibits employers from retaliating in any way against employees for exercising their rights to participate in a lawsuit of this nature.

**What if I do not want to participate?**

- If you do not wish to participate, do nothing.
- There may be time limits in which to file an individual FLSA claim. If you choose not to join the lawsuit, consult an attorney to obtain further information about time limits that may apply.

**THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE UNITED**

**STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. THE COURT HAS MADE NO DECISION ABOUT THE MERITS OF PLAINTIFF'S CLAIMS OR DEFENDANTS' DEFENSES.**

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE WITH QUESTIONS ABOUT THIS LAWSUIT.**

## OPT-IN CONSENT FORM

1.	I consent and opt-in to become a Plaintiff in *Fischer v. Federal Express Corporation, et al.*, No. 5:19-cv-04924-JMG (E.D. Pa.), a lawsuit pending in the United States District Court for the Eastern District of Pennsylvania.

2.	During the relevant time period, I worked for FedEx in the State of Pennsylvania as a Security Specialist II, Security Specialist III or Senior Security Specialist and who did not receive proper overtime compensation for hours worked over 40 per workweek.

3.	I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _____        _____
                                  Signature

                                  _____
                                  Print Name

_____

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

Address: _____

City, State Zip: _____

Best Phone Number(s): _____

Email: _____

**Return this form by fax, email or mail to:**    **Nichols Kaster, PLLP, Attn: Rachhana T. Srey**
**Fax: (612) 338-4878**
**Email: consents@nka.com**
**Address: 4700 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
**www.nka.com**