# EXHIBIT B

Case 5:19-cv-04924-JMG    Document 84-3    Filed 06/09/23    Page 1 of 2

**Nichols Kaster**
ATTORNEYS AT LAW

**Rachhana T. Srey**
Direct: 612-256-3239
Fax: (612) 338-4878
srey@nka.com

4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

[DATE]

Name
Address
City, State Zip Code

**Re:** *Fischer v. Federal Express Corp.*
**Case No. 5:19-cv-04924-JMG (Eastern District of Pennsylvania)**

Dear [Name]:

**The [date] deadline to join the above-captioned lawsuit is approaching.**

You should have already received a copy of the court-authorized notice of the lawsuit brought on behalf of individuals working as a Security Specialists II, III, or Senior in Pennsylvania for Federal Express Corporation. If you would like to join the lawsuit, however, you must complete and return the enclosed Opt-in Consent Form before [date].

If you have any questions, you may contact us at (612) 256-3200.

Sincerely,

*Rachhana T. Srey*
Rachhana T. Srey
Attorney at Law

Encl.

www.nka.com