IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTA B. FISCHER,
Individually and on Behalf of Other
Similarly Situated Employees,

       Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

       Defendant.

Case No. 5:19-cv-04924-JMG

**[PROPOSED] ORDER GRANTING JOINT MOTION TO APPROVE FAIR LABOR STANDARDS ACT SETTLEMENT**

The Court, having considered the papers submitted in support of the application of the Parties, determined that matter was suitable for decision without a hearing, and HEREBY ORDERS THE FOLLOWING:

The Court grants approval of the Settlement based upon the terms set forth in the Settlement Agreements and the approval motion and memorandum, and based upon the Brome Declaration in support of the agreement and related exhibits, and all of the briefing and information submitted in this case to date. The Gross Settlement Amount, $825,000.00 is reasonable, and the allocation is fair. The scope of the releases is reasonable for the Named Plaintiff and the Opt-in Plaintiffs. The Settlement appropriately balances the risks of further proceedings against the strengths of Plaintiff's case, and the amount offered in settlement is fair considering the possible outcomes through trial. The Settlement reflects a reasonable compromise on bona fide disputes, and is not the result of employer overreach. The Settlement is supported by the recommendations of counsel and was negotiated at arms' length, and is thus presumptively valid.

Further, the Court approves the request for attorneys' fees and costs; the fee request is justified by the results obtained here and Counsel's lodestar, which indicates a significant negative multiplier. The costs are approved, based on the expenses Plaintiffs' Counsel has incurred, and appear reasonable and appropriate to litigate this case. The Court approves the request for $10,000.00 as the Named Plaintiff's service award.

The Court approves the timing and procedure for distributing payment set out in the Settlement. The claims in this case shall be dismissed with prejudice pursuant to the Settlement; the Court retains jurisdiction for the limited purposes of enforcing the Settlement, as set out in the Agreement.

**SO ORDERED.**

Date: _____  

                                                         _____  
                                                         Honorable John M. Gallagher  
                                                         United States District Judge